In the Matter of the Application of the GRAVES QUINN CORPORATION for an Order Confirming the Award of the Arbitrators in the Controversy between THE GRAVES QUINN CORPORATION and ALFRED C. KIHM.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

FRANCES & CO., DRESSMAKERS, INC., v. RENE HARRIS.— Motion to dismiss appeal dismissed, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of PETER J. CARROLL, an Attorney.— Reference ordered to Hon. John Proctor Clarke, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of WALTER E. SCHIEL, an Attorney.— Reference ordered to Hon. John M. Tierney, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of LOUIS H. SCHLEIDER, an Attorney.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

## SECOND DEPARMMENT, NOVEMBER, 1930.

CORNING GUILFORD McKENNEE, Appellant, v. EVELYN RUTH McKENNEE, Respondent.— Motion for stay denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

PETER MELANSON, Respondent, v. IRVING ELKINS, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

HERMAN HENRY VETTE, Respondent, v. OTTO CIVIL, Appellant.— In view of the decision in *Vette* v. *Civil* (*post*, p. 739), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

ALICE A. BECK and WILLIAM O. BECK, Appellants, v. BROAD CHANNEL BATHING PARK, INC., Respondent.*— Judgment dismissing complaint affirmed, with costs. No opinion. Kapper, Carswell and Scudder, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent, being of opinion that there was a question of fact for determination by the jury because of the location of the post in proximity to the ladder.

THERESA BERLENBACH, Respondent, v. ELEANOR M. BISCHOFF and Others, Appellants.— Judgment affirmed, with costs. No opinion. Lazansky, P. J., Rich and Scudder, JJ., concur; Young and Tompkins, JJ., dissent and vote for reversal and for judgment for defendants. [137 Misc. 719.]

CLARA K. CAMPBELL, as Administratrix, etc., of DAVID M. CAMPBELL, Deceased, Respondent, v. CANNELLA & CANNELLA, INC., and CHARLES ROSIELLO, Appellants. — Upon appeal by defendant Cannella & Cannella, Inc., judgment unanimously affirmed, with costs. No opinion. Upon appeal by defendant Rosiello, judgment reversed upon the law and the facts, with costs, and complaint dismissed, with costs, upon the ground that no negligence was proved against said defendant. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.